**WRIGHT, FINLAY & ZAK, LLP**
Todd Chvat, Esq., SBN 238282
tchvat@wrightlegal.net
Zachary J. Fiene, Esq., SBN 335437
zfiene@wrightlegal.net
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 477-9200

Attorneys for Defendants, Carrington Mortgage Services, LLC and Wilmington Savings Fund Society, FSB, as Trustee for Upland Mortgage Loan Trust B

## UNITED STATED DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE PERUN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC; WILMINGTON SAVINGS FUND SOCIETY, FSB, TRUSTEE OF UPLAND MORTGAGE LOAN TRUST B, and DOES 1-15, inclusive;<br><br>Defendants. | Case No.: 3:21-CV-03888-RS<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AS MODIFIED BY THE COURT**<br><br>**Hearing**<br>Date: September 2, 2021<br>Time: 10:00 a.m.<br>Dept. Ctrm 3 – 17th Floor<br>Complaint Filed: May 24, 2021<br><br>FAC Filed: July 8, 2021<br><br>Trial Date: None Set |

Pursuant to the Stipulation of the Parties to Continue the Case Management Conference for this action sixty (60) days, and for good cause showing, **THE COURT HEREBY ORDERS:**

-1-

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1. The Case Management Conference for this action, which is currently set for September 2, 2021, is hereby continued to November 4, 2021, at 10:00 AM in Courtroom 3, 17th Floor of the above-captioned Court.

**IT IS SO ORDERED.**

Date: August 23, 2021

_____
The Honorable Richard Seeborg
United States District Court Judge